**800**

**CITY OF PLATTSBURG, Respondent, Appellant,**

v.

**Bartholomew A. BRICKLEY, Trustee et al., Appellees.**

**No. 4766.**

United States Court of Appeals First Circuit.

Nov. 12, 1953.

Edward C. Park, Boston, Mass., with whom Charles C. Worth and Withington, Cross, Park & McGann, Boston, Mass., on brief, for appellant.

B. A. Brickley, Boston, Mass., with whom Oliver R. Waite, Boston, Mass., on brief, for trustee, appellee.

George Foster, Jr., New York City, with whom Edmund B. Naylon and Naylon, Foster, Shepard & Aronson, New York City, on brief, for New York State Electric & Gas Corp., appellee.

Myron S. Isaacs, Associate General Counsel, Washington, D. C., with whom Myer Feldman, Special Counsel, Washington, D. C., on brief, for Securities and Exchange Commission, appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The order of the District Court, 116 F.Supp. 561, is affirmed.

**BLAKE & KENDALL COMPANY, Petitioner for Review,**

v.

**COMMISSIONER OF INTERNAL REVENUE.**

**No. 3438.**

Circuit Court of Appeals First Circuit.

Jan. 23, 1940.

Superseding opinion, 206 F.2d 400.

ORDER OF COURT.

Upon stipulation, the decision of the Board of Tax Appeals is vacated, and the case is remanded to that Board with directions to enter such order and decision as may be proper under the decision of the Supreme Court of the United States in Haggar Company v. Helvering, 308 U.S. 389, 60 S.Ct. 337, 84 L.Ed. 340, decided January 2, 1940.